1 Jennifer R. Barnes
2 Federal Defenders of Eastern Washington & Idaho
  306 E. Chestnut Ave.
3 Yakima, WA 98901
  (509) 248-8920
4
  Attorney for Defendant
5 Esteban Zavala-Bernal

6

7              UNITED STATES DISTRICT COURT
8              EASTERN DISTRICT OF WASHINGTON
                 The Honorable Mary K. Dimke
9

10 United States of America,

11                              Plaintiff,      No.  4:22-CR-6041-MKD-2

12       v.                                     **Notice of Appearance**

13 Esteban Zavala-Bernal,

14                              Defendant.
15

16     Please take notice that Jennifer R. Barnes of the Federal Defenders of Eastern
17
   Washington and Idaho hereby enters her appearance as counsel of record in this matter.
18
19 All future correspondence and court filings should be forwarded directly to the address

20 listed above.

21 //

22
   //
23

24

25 Dated: January 3, 2023.

   Notice of Appearance: 1

By s/ Jennifer R. Barnes
Jennifer R. Barnes, 23664
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Jennifer_Barnes@fd.org

**Certificate of Service**

I hereby certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie A. Van Marter, Assistant United States Attorney.

s/ Jennifer R. Barnes
Jennifer R. Barnes

Notice of Appearance: 2